# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00361-CV

**Reginald G. Turner, Sr., Appellant**

**v.**

**Ezella Mae Osborn, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
### NO. 23CCV00485, THE HONORABLE PAUL A. MOTZ, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on September 11, 2023. On October 11, 2023, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by October 23, 2023, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Gisela D. Triana, Justice

Before Justices Baker, Triana, and Smith

Dismissed for Want of Prosecution

Filed: December 20, 2023